IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| WACHOVIA BANK, NATIONAL ASSOC. § | | PLAINTIFF |
| | § | |
| V. | §Civil Act. No.1:08CV237HSO-JMR | |
| | § | |
| N300SC, INC., ET AL. | § | DEFENDANTS |

## FINAL JUDGMENT

This matter came on to be heard on the Motion for Summary Judgment filed by Plaintiff Wachovia Bank and unopposed by Defendants. The Court, after consideration of the pleadings on file and the relevant legal authorities, finds that in accord with its Order entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that judgment is rendered in favor of Plaintiff pursuant to FED. R. CIV. P. 56, against Defendants, jointly and severally, in the principal amount of $663,001.65, plus accrued interest at $41,239.62, plus late charges at $1,500, plus the $4,000 forbearance fee, plus attorneys' fees and the costs of this action as provided by the terms of the Note.

**SO ORDERED AND ADJUDGED**, this the 2nd day of June, 2009.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE